# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| MATTHEW FORSBERG<br>ATTORNEY*<br>DIRECT 612-383-1868<br>1-888-847-8517 EXT. 868<br>MATT@FIELDSLAW.COM<br>*Licensed in MN, TX, and NJ | ROBERTO SALAS<br>PARALEGAL<br>DIRECT 612-383-1865<br>1-888-847-8517 EXT. 865<br>ROBERTO@FIELDSLAW.COM |

September 19, 2023

The Honorable Judge David C. Godbey
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242-1003

*VIA ECF*

RE:   Tate v. Trans Union LLC, et al.
        Court File No. 3:23-cv-1499

Dear Judge Godbey:

Please be advised that Plaintiff Calvin Tate and Defendant Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendant Nationstar Mortgage LLC still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)