# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

ROBERTO SALAS
PARALEGAL
DIRECT 612-383-1865
1-888-847-8517 EXT. 865
ROBERTO@FIELDSLAW.COM

January 9, 2024

The Honorable Judge David C. Godbey
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242-1003

*VIA ECF*

RE:     Tate v. Trans Union LLC, et al.
        Court File No. 3:23-cv-1499

Dear Judge Godbey:

Please be advised that Plaintiff Calvin Tate and Defendant Nationstar Mortgage LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 60 days. No defendants remain.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)